# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Howell, Dennis L. | 2. Court or Organization<br><br>USDC, WDNC | 3. Date of Report<br><br>09/25/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Magistrate Judge, full | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

| 7. Chambers or Office Address<br><br>U.S. Courthouse Building<br>100 Otis Street, Room 302<br>Asheville, NC 28801 |
|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 09/25/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Dennis L. Howell, P.A., Attorney at Law | $1,670.48 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 09/25/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | E | Dividend | P1 | T | | | | | |
| 2. -AQR Fds Diversified Arbitrage I | | | | | | | | | |
| 3. -DFA 5 Yr. Global Income Fund | | | | | Buy | 08/04/14 | K | | |
| 4. -DFA Emerg. Mkts Value Fund | | | | | | | | | |
| 5. -DFA Emerg. Mkt. Fund | | | | | | | | | |
| 6. -DFA Emerg. Mkts. Sm Cap Fund | | | | | | | | | |
| 7. -Dfa Int' Real Estate Fund | | | | | | | | | |
| 8. -DFA Int'l Sm. Cap Value Fund | | | | | | | | | |
| 9. -DFA Int'l Small Co. Fund | | | | | | | | | |
| 10. -DFA Int'l Value Fund | | | | | | | | | |
| 11. -DFA Large Cap Value Fund | | | | | | | | | |
| 12. -DFA Real Estate Sec. Fund | | | | | | | | | |
| 13. -DFA US Large Co. Instl. | | | | | | | | | |
| 14. -DFA US Micro Cap Fund | | | | | | | | | |
| 15. -DFA US Sm. Cap Value Fund | | | | | | | | | |
| 16. -Loomis Sayles Bond Fund I | | | | | | | | | |
| 17. -Natixis ASG Global Alt Fd CL | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 09/25/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Vanguard Ltd Term T/E Fd (Adm) | | | | | | | | | |
| 19. -VG S/T invest. Grade (Admiral) | | | | | | | | | |
| 20. -Virtus Multi Sector S-T Bond I | | | | | | | | | |
| 21. -TD Bank- Cash Accounts | | | | | | | | | |
| 22. -SEP IRA #2 | D | Dividend | N | T | | | | | |
| 23. -AQR Fds Diversified Arbitrage I | | | | | | | | | |
| 24. -DFA 5 yr. Global Income Fund | | | | | Buy | 08/07/14 | J | | |
| 25. -DFA Core Emerg. Mkts. Fund | | | | | | | | | |
| 26. -DFA Int'l Real Estate Fund | | | | | | | | | |
| 27. -DFA Int'l Core Equity | | | | | | | | | |
| 28. -DFA Real State Sec. Fund | | | | | | | | | |
| 29. -DFA US Core Equity 2 Fund | | | | | | | | | |
| 30. -Loomis Sayles Bond Fund I | | | | | | | | | |
| 31. -Natixis ASG Global Alt Fd CL | | | | | | | | | |
| 32. -VG S/T Invest. Grade (Admiral) | | | | | | | | | |
| 33. -Virtus Multi Sector S-T Bond I | | | | | | | | | |
| 34. -TD Bank-Cash accounts | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 09/25/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -IRA #3 | C | Dividend | M | T | | | | | |
| 36. -S&P 500 Depository Receipts | | | | | | | | | |
| 37. -AQR Fds Diversified Arbitrage 1 | | | | | | | | | |
| 38. -Baron Small Cap Fund | | | | | | | | | |
| 39. -DFA 5 yr. Global Income Fund | | | | | Buy | 08/04/14 | J | | |
| 40. -DFA Emerg. Mkt Value Fund | | | | | | | | | |
| 41. -DFA Emerg. Mkts. Fund | | | | | | | | | |
| 42. -DFA Emerg. Mkts. Sm. cap Fund | | | | | | | | | |
| 43. -DFA Int'l Real Estate Fund | | | | | | | | | |
| 44. -DFA Int'l Sm. Cap Value Fund | | | | | | | | | |
| 45. -DFA Int'l Small Co. Fund | | | | | | | | | |
| 46. -DFA Int'l Value Fund | | | | | | | | | |
| 47. -DFA Large Cap Value Fund | | | | | | | | | |
| 48. -DFA Real Estate Sec. Fund | | | | | | | | | |
| 49. -DFA US Large Co. Instl | | | | | | | | | |
| 50. -DFA US Micro Cap Fund | | | | | | | | | |
| 51. -DFA US Sm. Cap Value Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Loomis Sayles Bond Fund I | | | | | | | | | |
| 53. -Natixis ASG Global Alt Fd CL | | | | | | | | | |
| 54. -Vanguard Pacific Index Fund | | | | | | | | | |
| 55. -VG European Index Fund | | | | | | | | | |
| 56. -VG S/T Invest Grade (Admiral) | | | | | | | | | |
| 57. -Virtus Multi Sector S-T Bond I | | | | | | | | | |
| 58. -TD Bank - cash accounts | | | | | | | | | |
| 59. -Wells Fargo Bank | A | Interest | L | T | | | | | |
| 60. Rental Property #1 Burnsville, NC | D | Rent | M | S | | | | | |
| 61. Rental Property #2 Burnsville, NC (X) | | None | N | S | | | | | |
| 62. Rental Property #3 Burnsville, NC | | None | K | S | | | | | |
| 63. Rental Property #4 Burnsville, NC | | None | L | S | Sold (part) | 05/23/14 | M | G | NC Dept of Transportation |
| 64. Southern Farm Bureau life insurance | A | Interest | K | T | | | | | |
| 65. Dennis L. Howell, PA | | None | J | U | | | | | |
| 66. TD Bank accounts | A | Interest | M | T | | | | | |
| 67. First Citizen Investors Services | | | M | T | | | | | |
| 68. -Buncombe Cnty NC CTFS PARTN | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -North Carolina ST Pub IMPT-SEVA | B | Interest | | T | Redeemed | 05/30/14 | K | | |
| 70. -Orange Cnty, NC CTFS Partin Pub Impts | A | Int./Div. | K | T | | | | | |
| 71. -University NC SYS Pod Rev RFD G-SERB | A | Interest | | T | Redeemed | 12/17/14 | K | | |
| 72. -University NC Charlotte Rev | A | Interest | K | T | | | | | |
| 73. -NC Med Care Comm Health Care Facs R Ed NC Med Care | A | Interest | K | T | Buy | 05/29/14 | K | | |
| 74. -Deposit | A | Interest | K | T | Buy | 12/18/14 | K | | |
| 75. UBS Financial Services, Inc. | | | | | | | | | |
| 76. -First Horizon Nat'l Corp. FHN | A | Dividend | K | T | | | | | |
| 77. -Jefferson Bank Shares, Inc. JBFI n/k/a Home Trust Bank shares (HTBI) | | None | J | T | | | | | |
| 78. -Blackrock Muniholdings Quality Fund, Inc. MUS | D | Dividend | M | T | | | | | |
| 79. -Blackrock Muniyield Quality Fund III, Inc. MYI | C | Dividend | L | T | | | | | |
| 80. -Blackrock Muniyield Quality Fund, Inc. CLB, MQY | C | Dividend | L | T | | | | | |
| 81. -Blackrock Muniyield Quality Fund II, Inc. MQT | B | Dividend | K | T | | | | | |
| 82. -Eaton Vance Tax Advantage Globel Divident Fund ETG | | | | | Sold | 07/12/13 | K | D | |
| 83. -UBS common stock | A | Interest | K | T | | | | | |
| 84. -Nuveen Quality Muni Fund Inc. NQI | D | Dividend | M | T | | | | | |
| 85. -Blackrock Muni Yield Fund, Inc. MYD | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 09/25/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -College Fund 529 #1 | A | Interest | J | T | | | | | |
| 87. -College Fund 529#2 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.  Investments and Trusts

(60) Rental #1 - In regard to this rental property, this property's value is based upon the tax valuation as assessed by the Yancey County Tax Collector. The last assessment was performed in the year 2008.  The assessed value is at 100% of the fair market value which would make the total fair market value of this property $180,360.

(61) Rental Property #2 - In regard to this property, this property's value is based upon tax valuation as assessed by the Yancey County Tax Collector. The last assessment was performed in the year 2008. Rent is not received concerning this property. The assessed value is at 100% of the fair market value which would make the total fair market value of this property $368,400. The value has increased due to a gift of 1/2 undivided interest in this property to the filer from the mother of the filer.

(62) Rental Property #3 - In regard to this property, this property's value is based upon tax valuation as assessed by the Yancey County Tax Collector. The last assessment was performed in the year 2008. This property is investment property. No rental income is received from this property. The assessed value is at 100%    of the fair market value which would make the total fair market  value of this property at $56,696.00. The filer and his spouse own a 3/8th interest in the property for a value of $20,236.00 for the filer and his spouse.

(63) Rental Property #4. In regard to this property, this property value is based upon the tax valuation as assessed by the Yancey County Tax Collector at $89,060.00. The last assessment was performed in the year 2008. This property was given to the filer prior to 2004 by the filer's parents. The property has never been reported before because the property was a gift.  A portion of the property was sold on May 23, 2014 to the NC DOT as a part of a road condemnation proceeding against the filer and his spouse by the DOT. The sales price for a portion of the property was $191,000. These funds were deposited in an account at TD Bank (#66). These funds are now being used to pay for construction of a new dwelling house on the remainder of the property.

(65)  Dennis L. Howell, P.A. - This investment is included at book value. This is professional association. Its assets consist of computers and business equipment. The filer is the sole stockholder and director and is president of this professional association.

(76)  Stock owned in Anika Therapeuties, Inc. which had previously sold and reported in a prior report as line item 70 and should have not been included in the 2004 report and has now been deleted.

(78)  Jefferson Bank Shares, Inc. merged with Home Trust Bank Shares (HTBI).  HTBI is now the name of the stock that was formerly in the name of Jefferson Bank Shares, Inc. JBFI.

(83)  Line item 83 was an investment entitled Eaton Vance Tax Advantage Globel Divident Fund ETG. This investment was sold and listed in a prior report and should not have been included in the 2014 report and has now been deleted.

(87)  The investment Blackrock Muni Yield Fund, Inc. MYD was purchased in December 2012.  By error it was not included in prior reports.  It is now being reported to correct the error of omission.

(88)  College fund 529 #1 was not included in prior reports due to error of omission and is now being reported to correct the error.

(89)  College fund 529 #2 was not included in prior reports due to error of omission and is now being reported to correct the error.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dennis L. Howell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544